JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOVANY BARBA,<br><br>         Plaintiff,<br><br>v.<br><br>ONIZUKA LA LLC et al.,<br><br>         Defendants. | Case No. 2:22-cv-04471-SB-AFM<br><br><br>FINAL JUDGMENT |

Pursuant to the Court's Order Granting in Part Plaintiff's Motion for Entry of Default Judgment it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Plaintiff JOVANY BARBA and against Defendant ONIZUKA LA LLC as follows:

- Plaintiff is **AWARDED** $4,000 in statutory damages;

- Plaintiff is **AWARDED** $2,055.50 in attorney's fees and costs;

- Defendants are **ORDERED** to bring the website www.onizukala.com into compliance with WCAG 2.1 within two years of entry of Judgment;

This is a Final Judgment.

IT IS SO ORDERED.

Date: September 28, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge